■ ELIZABETH MINTZ, Appellant, v. NELSON E. MINTZ, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. Order appealed from affirmed in view of the fact that in the consolidated action

in the City Court summary judgment was denied and that denial was affirmed in the Appellate Term. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ. [See *post*, p. 940.]